## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| ANGEL DAVID RIOS-ROSA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 1:23-CV-11 CDP |
| | ) |
| BILL STANGE, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF TRANSFER

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this action shall be **TRANSFERRED** to the United States District Court for the Western District of Missouri.

Dated this 8th day of February, 2023.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE